STEPHEN PRINCE, Appellant. (Appeal No. 4.)—Same decision as in *People v Prince* (79 AD2d 882). (Appeal from judgment of Onondaga County Court—grand larceny, second degree.) Present—Dillon, P. J., Cardamone, Schnepp, Callahan and Moule JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN PRINCE, Appellant. (Appeal No. 5.)—Same decision as in *People v Prince* (79 AD2d 882). (Appeal from judgment of Onondaga County Court—grand larceny, second degree.) Present—Dillon, P. J., Cardamone, Schnepp, Callahan and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN PRINCE, Appellant. (Appeal No. 6.)—Same decision as in *People v Prince* (79 AD2d 882). (Appeal from ·judgment of Onondaga County Court—criminal possession of stolen property, first degree.) Present—Dillon, P. J., Cardamone, Schnepp, Callahan and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN PRINCE, Appellant. (Appeal No. 7.)—Same decision as in *People v Prince* (79 AD2d 882). (Appeal from judgment of Onondaga County Court—criminal possession of stolen property, second degree.) Present— Dillon, P. J., Cardamone, Schnepp, Callahan and Moule, JJ.

· ■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN PRINCE, Appellant. (Appeal No. 8.)—Same decision as in *People v Prince* (79 AD2d 882). (Appeal from judgment of Onondaga County Court—criminal possession of stolen property, first degree.) Present—Dillon, P. J., Cardamone, Schnepp, Callahan and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN PRINCE, Appellant. (Appeal No. 9.)—Same decision as in *People v Prince* (79 AD2d 882). (Appeal from judgment of Onondaga County Court—criminal possession of stolen property, first degree.) Present—Dillon, P. J., Cardamone, Schnepp, Callahan and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN PRINCE, Appellant. (Appeal No. 10.)—Same decision as a *People v Prince* (79 AD2d 882). (Appeal from judgment of Onondaga County Court— criminal possession of stolen property, first degree.) Present—Dillon, P. J., Cardamone, Schnepp, Callahan and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN PRINCE, Appellant. (Appeal No. 11.)—Same decision as in *People v Prince* (79 AD2d 882). (Appeal from judgment of Onondaga County Court—criminal possession of stolen property, first degree.) Present—Dillon, P. J., Cardamone, Schnepp, Callahan and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN PRINCE, Appellant. (Appeal No. 12.)—Same decision as in *People v Prince* (79 AD2d 882). (Appeal from judgment of Onondaga County Court—conspiracy, fifth degree.) Present—Dillon, P. J., Cardamone, Schnepp, Callahan and Moule, JJ.

■ CARTHAGE CENTRAL SCHOOL DISTRICT NO. 1, Respondent, v REDDICK AND SONS OF GOUVERNEUR, INC., Appellant.—Order unanimously reversed, with costs, and motion granted. Memorandum: Appellant, Reddick and Sons of Gouverneur, Inc. (Reddick), has been permanently